IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**CHRISTOPHER JON PERGROSSI,**

    **Plaintiff,**

v.                                  Case No.  1:20cv183-MW/GRJ

**DEPARTMENT OF
VETERANS AFFAIRS,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING
REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Complaint, ECF No. 1, is **DISMISSED** for failure to state a claim upon which relief may be granted. This dismissal is without prejudice to Plaintiff's right to file a subsequent FTCA case

1

pertaining to his medical care, to the extent Plaintiff believes he can allege sufficient facts to support a claim." The Clerk shall also close the file.

**SO ORDERED on September 24, 2020.**

s/ MARK E. WALKER
**Chief United States District Judge**
